KARL HALL
Reno City Attorney
WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: cooperw@reno.gov

*Attorneys for City of Reno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MAUREEN McKISSICK &
DEANNA GESCHEIDER,

   Plaintiffs,

 vs.

CITY OF RENO and DOES I-X,

   Defendants.

Case No.: 3:17-CV-00458-MMD-VPC

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO RECUSE THE RENO CITY ATTORNEY'S OFFICE (FIRST REQUEST)**

  Plaintiff, by and through his attorney, MARK MAUSERT, and Defendant, by and through its attorneys, KARL S. HALL, Reno City Attorney, and WILLIAM E. COOPER, Deputy City Attorney, herby stipulate to extend the Defendant's deadline to file a Response to Plaintiff's Motion to Recuse the Reno City Attorney's Office from November 14, 2017 to November 17, 2017.

///
///
///
///
///
///
///

The extension of this deadline is requested to accommodate counsels' schedule, and is not brought for any improper purpose or undue delay.

DATED this  14th  day of November, 2017.

                                                     KARL S. HALL
                                                     Reno City Attorney

By: */s/ Mark Mausert*                 By: */s/ William E. Cooper*

    MARK MAUSERT                        WILLIAM E. COOPER
    930 Evans Avenue                     Deputy City Attorney
    Reno, NV 89512                        Nevada Bar #5375
    (775) 786-5477                         Post Office Box 1900
    *Attorney for Plaintiffs*                Reno, Nevada 89505
                                           (775) 334-2050
                                           *Attorneys for City of Reno*

IT IS SO ORDERED.

DATED this  15th  day of November, 2017.

                                                       United States District Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO RECUSE THE RENO CITY ATTORNEY'S OFFICE**
**(FIRST REQUEST)**

on the party(s) set forth below by:

_____   Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____   Personal delivery.

  X        CM/ECF electronic service

_____   Facsimile (FAX).

_____   Federal Express or other overnight delivery.

_____   Reno/Carson Messenger Service.

addressed as follows:

Mark Mausert, Esq.
930 Evans Avenue
Reno, NV 89512

*Attorney for Plaintiffs Maureen McKissick & Deanna Gescheider*

DATED this  14th  day of November, 2017.

By: ___*/s/ Terri Strickland*_____
    Terri Strickland
    Legal Assistant