Mark Mausert, Esq.
NSB No. 2398
MARK MAUSERT LAW OFFICE
930 Evans Avenue
Reno, NV 89512
(775) 786-5477
(775) 786-9658 Fax
mark@markmausertlaw.com
*Attorney for Plaintiffs*

FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 27 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAUREEN McKISSICK &
DEANNA GESCHEIDER,

Plaintiffs,

vs.

CITY OF RENO and DOES I-X,

Defendants.
_____/

Case No.: 3:17-cv-00458-MMD-VPC

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO RESPONSE TO MOTION TO RECUSE**

Plaintiffs MAUREEN McKISSICK & DEANNA GESCHEIDER, and Defendant CITY OF RENO, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file our Reply to the Response to our Motion to Recuse from November 24, 2017 to December 4, 2017.

Plaintiffs requests this extension due to the holiday week and counsel's calendar.

//
//
//
//
//
//

1  DATED this 21st day of November, 2017.          DATED this 21st day of November, 2017.

2  MARK MAUSERT LAW OFFICE                          DEPUTY DISTRICT ATTORNEY

4  ___/s/ Mark Mausert___                           ___/s/ William E. Cooper___
   MARK MAUSERT, ESQ.                                WILLIAM E. COOPER
5  State Bar No. 2398                                Deputy City Attorney
   930 Evans Avenue                                  PO Box 1900
6  Reno, Nevada 89512                                Reno, Nevada 89505

7  Attorney for Plaintiffs                           Attorney for Defendant
   Maureen McKissick &                               City of Reno
8  Deanna Gescheider

10     IT IS SO ORDERED.

11     DATED this 27th day of November, 2017.

                                                    _____
14                                                  UNITED STATES MAGISTRATE JUDGE