| | |
|---|---|
| 1 | Mark Mausert |
| | NV Bar No. 2398 |
| 2 | Cody Oldham |
| | NV Bar No.14594 |
| 3 | 930 Evans Avenue |
| | Reno, NV 89512 |
| 4 | (775) 786-5477 |
| | Fax (775) 786-9658 |
| 5 | mark@markmausertlaw.com |
| | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAUREEN McKISSICK & 
DEANNA GESCHEIDER,

    Plaintiffs,

vs.

CITY OF RENO and DOES I-X,

    Defendants.
_____/

Case No.: 3:17-cv-00458-MMD-VPC

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS**

  Plaintiffs MAUREEN McKISSICK & DEANNA GESCHEIDER, and Defendant CITY OF RENO, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file our Response to the Motion for Judgment on the Pleadings from January 12, 2018 to January 24, 2018.

//
//
//
//
//
//
//

Plaintiffs request this extension due to the recent holidays and counsel's heavy work load.

DATED this 4th day of January, 2018.                DATED this 4th day of January, 2018.

MARK MAUSERT LAW OFFICE                             DEPUTY DISTRICT ATTORNEY


　/s/ Mark Mausert                                   /s/ William E. Cooper
MARK MAUSERT                                        WILLIAM E. COOPER
CODY OLDHAM                                         Deputy City Attorney
930 Evans Avenue                                    PO Box 1900
Reno, Nevada 89512                                  Reno, Nevada 89505

Attorneys for Plaintiffs                            Attorney for Defendant
Maureen McKissick &                                 City of Reno
Deanna Gescheider


　　　IT IS SO ORDERED.

　　　DATED this  4th  day of ____January____, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Page 2 of 2