WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email:  cooperw@reno.gov

*Attorney for City of Reno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN McKISSICK & DEANNA GESCHEIDER,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF RENO and DOES I-X,<br><br>Defendants. | Case No.: 3:17-CV-00458-MMD-VPC<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFFS OPPOSITION OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(SECOND REQUEST)** |

Plaintiff, by and through his attorney, MARK MAUSERT, and Defendant, by and through its attorney, WILLIAM E. COOPER, Deputy City Attorney, herby stipulate to extend the Defendant's deadline to file a Reply to Plaintiffs Opposition of Defendant's Motion for Judgment on the Pleadings (ECF No. 32) from January 31, 2018 to February 9, 2018.

///
///
///
///
///
///
///
///

The extension of this deadline is requested to accommodate counsels' schedule, and is not brought for any improper purpose or undue delay.

DATED this 25th day of January, 2018.

By: /s/ Cody Oldham

MARK MAUSERT
CODY OLDHAM
930 Evans Avenue
Reno, NV 89512
(775) 786-5477

*Attorneys for Plaintiffs*

By: /s/ William E. Cooper

WILLIAM E. COOPER
Deputy City Attorney
Nevada Bar #5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050

*Attorney for City of Reno*

IT IS SO ORDERED.

DATED this 26th day of January, 2018.

_____
United States District Judge

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS
(SECOND REQUEST)**

on the party(s) set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____ Personal delivery.

__X__ CM/ECF electronic service

_____ Facsimile (FAX).

_____ Federal Express or other overnight delivery.

_____ Reno/Carson Messenger Service.

addressed as follows:

Mark Mausert, Esq.
Cody Oldham, Esq.
930 Evans Avenue
Reno, NV 89512

*Attorney for Plaintiffs Maureen McKissick & Deanna Gescheider*

DATED this 25th day of January, 2018.

By: */s/ Terri Strickland*
Terri Strickland
Legal Assistant