WILLIAM E. COOPER
Deputy City Attorney
Nevada State Bar #2213
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
Email: cooperw@reno.gov

*Attorney for City of Reno*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN McKISSICK & DEANNA GESCHEIDER,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF RENO and DOES I-X,<br><br>Defendants. | Case No.: 3:17-CV-00458-MMD-VPC<br><br>STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS SECOND MOTION TO RECUSE THE RENO CITY ATTORNEY'S OFFICE<br><br>(FIRST REQUEST) |

Plaintiff, by and through his attorney, MARK MAUSERT, and Defendant, by and through its attorney, WILLIAM E. COOPER, Deputy City Attorney, herby stipulate to extend the Defendant's deadline to file a Response to Plaintiffs Second Motion to Recuse the Reno City Attorney's Office (ECF No. 47) from February 23, 2018 to March 9, 2018.

///
///
///
///
///
///
///
///

1       The extension of this deadline is requested to accommodate counsels' schedule, and is not brought for any improper purpose or undue delay.

DATED this __13th__ day of February, 2018.

By: __/s/ Mark Mausert__

MARK MAUSERT
CODY OLDHAM
930 Evans Avenue
Reno, NV 89512
(775) 786-5477

*Attorneys for Plaintiffs*

By: __/s/ William E. Cooper__

WILLIAM E. COOPER
Deputy City Attorney
Nevada Bar #5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050

*Attorney for City of Reno*

IT IS SO ORDERED.

DATED this __15th__ day of February, 2018.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S SECOND MOTION TO RECUSE THE RENO CITY ATTORNEY'S OFFICE
(FIRST REQUEST)**

on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

__X__  CM/ECF electronic service

_____  Facsimile (FAX).

_____  Federal Express or other overnight delivery.

_____  Reno/Carson Messenger Service.

addressed as follows:

Mark Mausert, Esq.
Cody Oldham, Esq.
930 Evans Avenue
Reno, NV 89512

*Attorney for Plaintiffs Maureen McKissick & Deanna Gescheider*

DATED this 13th day of February, 2018.

By: __/s/ Terri Strickland__
Terri Strickland
Legal Assistant

Reno City Attorney
P.O. Box 1900
Reno, NV 89505