Mark Mausert
NV Bar No. 2398
Cody Oldham
NV Bar No.14594
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN McKISSICK & DEANNA GESCHEIDER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RENO and DOES I-X,<br><br>Defendants.<br>_____ / | Case No.: 3:17-cv-00458-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

      Plaintiffs MAUREEN McKISSICK & DEANNA GESCHEIDER, and Defendant CITY OF RENO, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline to file our Response to the Motion for Summary Judgment from November 26, 2018 to December 10, 2018.

//
//
//
//
//
//
//

Page 1 of 2

Plaintiffs request this extension due to the upcoming holidays and counsel's heavy work load.

DATED this 16th day of November, 2018.

MARK MAUSERT LAW OFFICE

/s/ Mark Mausert
MARK MAUSERT
CODY OLDHAM
729 Evans Avenue
Reno, Nevada 89512

Attorneys for Plaintiffs
Maureen McKissick &
Deanna Gescheider

DATED this 16th day of November, 2018.

ASSISTANT CITY ATTORNEY

/s/ Jonathan Shipman
JONATHAN D. SHIPMAN
Assistant City Attorney
PO Box 1900
Reno, Nevada 89505

Attorney for Defendant
City of Reno

IT IS SO ORDERED.

DATED this 19th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE