1 JONATHAN D. SHIPMAN
Nevada Bar #5778
2 Post Office Box 1900
Reno, NV 89505
3 (775) 334-2050
4 Email: shipmanj@reno.gov

5 *Attorneys for City of Reno*

6
UNITED STATES DISTRICT COURT
7
DISTRICT OF NEVADA

8

| | |
|---|---|
| MAUREEN McKISSICK &<br>DEANNA GESCHEIDER,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF RENO and DOES I-X,<br><br>Defendants. | Case No.: 3:17-CV-00458-MMD-VPC<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

16  Plaintiffs, by and through their attorney, MARK MAUSERT, and Defendant, by and

17 through its attorney, JONATHAN D. SHIPMAN, Assistant City Attorney, herby stipulate to

18 extend the Defendant's deadline to file a Response to Plaintiffs Motion for Summary Judgment

19 (ECF No. 78) from December 31, 2018 to January 14, 2019.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The extension of this deadline is requested to accommodate defense counsel's schedule in light of the holidays, and is not brought for any improper purpose or undue delay.

DATED this 17th day of December, 2018.

By: /s/Mark Mausert                     By: /s/ Jonathan D. Shipman

MARK MAUSERT                          JONATHAN D. SHIPMAN
CODY OLDHAM                            Deputy City Attorney
930 Evans Avenue                       Nevada Bar #5375
Reno, NV 89512                         Post Office Box 1900
(775) 786-5477                         Reno, Nevada 89505
                                       (775) 334-2050

*Attorneys for Plaintiffs*             *Attorney for City of Reno*

IT IS SO ORDERED.

DATED this 18th day of December, 2018.

_____
United States District Judge

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s)

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)**

on the party(s) set forth below by:

_____ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____ Personal delivery.

__X__ CM/ECF electronic service

_____ Facsimile (FAX).

_____ Federal Express or other overnight delivery.

_____ Reno/Carson Messenger Service.

addressed as follows:

Mark Mausert, Esq.
Cody Oldham, Esq.
930 Evans Avenue
Reno, NV 89512

*Attorney for Plaintiffs Maureen McKissick & Deanna Gescheider*

DATED this 17th day of December, 2018.

By: */s/ Terri Strickland*
Terri Strickland
Legal Assistant