1  JONATHAN D. SHIPMAN
   Nevada Bar #5778
2  Post Office Box 1900
   Reno, NV 89505
3  (775) 334-2050
4  Email:  shipmanj@reno.gov

5  *Attorneys for City of Reno*

6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA

8  MAUREEN McKISSICK &                    Case No.: 3:17-CV-00458-MMD-CBC
   DEANNA GESCHEIDER,
9
                                          **JOINT STIPULATION AND
10                 Plaintiffs,            ORDER FOR DISMISSAL WITH
                                          PREJUDICE**
11         vs.

12 CITY OF RENO and DOES I-X,

13
                   Defendants.
14  _____  /

15

16      Pursuant to Federal Rule of Civil Procedure 41(a)(1), and Rule LR 7-1 of the United States

17 District Court, District of Nevada Local Rules, Plaintiffs, by and through their attorney, MARK

18 MAUSERT, and Defendant, by and through its attorney, JONATHAN D. SHIPMAN, Assistant

19 City Attorney, hereby stipulate that this action and all claims and defenses asserted therein be

20 dismissed with prejudice.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Each party shall bear its own attorney's fees and costs.

DATED this 24th day of September, 2019.     DATED this 24TH day of September, 2019.

                                            KARL S. HALL
                                            Reno City Attorney

By: _____                 By: _____
    MARK MAUSERT                                 JONATHAN D. SHIPMAN
    729 ~~930~~ Evans Avenue                      Assistant City Attorney
    Reno, NV 89512                               Nevada Bar #5778
    (775) 786-5477                               Post Office Box 1900
    *Attorneys for Plaintiffs*                   Reno, Nevada 89505
                                                 (775) 334-2050
                                                 *Attorney for City of Reno*

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

DATED: September 24, 2019

Reno City Attorney
P.O. Box 1900
Reno, NV 89505